# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1003**                         **September Term, 2022**

**PRC-RM2023-1**

**Filed On: January 6, 2023** [1980505]

United States Postal Service,

       Petitioner

     v.

Postal Regulatory Commission,

       Respondent

## N O T I C E

This case was docketed on January 6, 2023. The Postal Regulatory Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on January 6, 2023, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

            BY:   /s/
                      Amanda Himes
                      Deputy Clerk

Attachment:
     Certified Copy of Petition for Review