[NOT YET SCHEDULED FOR ORAL ARGUMENT]
_____

No. 23-1003
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

UNITED STATES POSTAL SERVICE,
Petitioner,

v.

POSTAL REGULATORY COMMISSION,
Respondent.
_____

On Petition for Review of an Order of the Postal Regulatory Commission
_____

**MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), Petitioner, the United States Postal Service ("Postal Service"), respectfully moves this Court to dismiss the Postal Service's Petition for Review in the above-captioned matter, which concerns the Postal Regulatory Commission's Order Number 6363, *Order Granting Petition, In Part, For Reconsideration* (Commission Docket Number RM2023-1, December 9, 2022). Respondent Postal Regulatory Commission ("Commission") and Movant-Intervenor Association for Postal Commerce stated that they consent to this motion.

On January 31, 2023, the Court granted the parties' joint motion to hold the appeal in abeyance until the completion of Commission Docket Number RM2023-2 and directed the parties to file motions to govern future proceedings within 30 days of the Commission's final decision in that docket. On March 17, 2023, the Commission issued Order Number 6459, *Order on Analytical Principles Used in Periodic Reporting (Proposal Seven)*, in Docket Number RM2023-2. After reviewing that Order, the Postal Service has determined that it is no longer necessary to pursue the instant appeal.

Respectfully submitted,

THOMAS J. MARSHALL
General Counsel &
Executive Vice President

CAROLINE R. BROWNLIE
Managing Counsel, Legal Strategy

*/s/ Morgan E. Rehrig*

STEPHAN J. BOARDMAN
Chief Counsel, Appellate &
Commercial Litigation

MORGAN E. REHRIG
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260-1127
(202) 268-2962

*Attorneys for the United States Postal Service*

April 13, 2023

# CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Federal Rule of Appellate Procedure 27(d)(1)(E) and 27(d)(2)(A), that the foregoing Motion for Voluntary Dismissal uses proportionately spaced, 14-point type, and contains 164 words as measured by Microsoft Word, a word processing system that includes footnotes and citations in word counts.

*/s/ Morgan E. Rehrig*
Morgan E. Rehrig
*Counsel for the U.S. Postal Service*
April 13, 2023

# **CERTIFICATE OF SERVICE**

I certify that on April 13, 2023, the foregoing Motion for Voluntary Dismissal was electronically filed with the U.S. Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. All participants are registered as ECF filers, and will be served by the CM/ECF system.

*/s/ Morgan E. Rehrig*
Morgan E. Rehrig
Office of the General Counsel
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260
(202) 268-2962
morgan.e.rehrig@usps.gov
